EXHIBIT A

The information available on Case.net is provided as a service and is not considered an official court record.

Case.net:26SF-CC00175 - PETKO V. WAL-MART STORES EAST, I, LP (E-CASE) - Docket Entries

| **Respond to Selected Documents** | **Sort by date:** Descending Ascending **Display options:** All Entries

**08/13/2026**

**Corporation Served**

Document ID - 26-SMCC-713; Served To - WAL-MART STORES EAST I, LP D/B/A WAL-MART #0037; Served Date - 08/11/2026; Served Time - 08:35:00; Service Type - SP; Reason Description - SERV; Service Text -

**Notice of Service**

Summons Served Wal-Mart Stores East

**08/04/2026**

**Judge Assigned**

**08/03/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-713, for WAL-MART STORES EAST I, LP D/B/A WAL-MART #0037

**07/31/2026**

**Filing Info Sheet eFiling**

**Filed By:** ALYSON DUNAVANT

**Note to Clerk eFiling**

**Filed By:** ALYSON DUNAVANT

**Pet Filed in Circuit Ct**

Petition.

**Filed By:** ALYSON DUNAVANT
**On Behalf Of:** DESTINY PETKO

Electronically Filed - St. Francois - July 31, 2026 - 04:01 PM

IN THE CIRCUIT COURT OF ST. FRANCOIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| DESTINY PETKO, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. |
| | ) | |
| v. | ) | Division No. |
| | ) | |
| WAL-MART STORES EAST I, LP d/b/a | ) | **JURY TRIAL DEMANDED** |
| WALMART #0037 | ) | |
| **Serve: C T CORPORATION SYSTEM** | ) | |
| **5661 Telegraph Rd, Ste 4B** | ) | |
| **St. Louis, MO 63129** | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION**

COMES NOW Plaintiff Destiny Petko, by and through counsel, for her cause of action against Defendant Wal-Mart Stores East I, LP d/b/a Walmart #0037 and states as follows:

1. Plaintiff Destiny Petko is a resident of the State of Missouri.
2. Defendant Wal-Mart Stores East I, LP d/b/a Walmart #0037 ("Walmart") is a foreign Limited Partnership in good standing with a registered agent for the receipt of service of process located at 5661 Telegraph Road, Suite 4B, St. Louis, State of Missouri.
3. At all relevant times, Plaintiff Petko was an invitee on the premises located at 707 Walton Drive, Farmington, State of Missouri.

Electronically Filed - St. Francois - July 31, 2026 - 04:01 PM

4. At all relevant times, Plaintiff Petko was a customer of Walmart and was present on the premises located at 707 Walton Drive, Farmington, State of Missouri for the purpose of shopping.

5. On April 5, 2025, Plaintiff Petko slipped on water on the floor in the self-checkout area near the front of the above-referenced Defendant Walmart, causing Plaintiff Petko to fall and sustain injuries as set out more fully below.

6. At all relevant times, Defendant Walmart owned, operated, managed, maintained and/or controlled the premises located at 707 Walton Drive, Farmington, State of Missouri.

7. On April 5, 2025, there was water on the floor of the self-checkout area near the front of Defendant Walmart and as a result the floor in that area of the premises located at 707 Walton Drive, Farmington, State of Missouri was not reasonably safe.

8. Said water on the floor of the self-checkout area near the front of Defendant Walmart created an unreasonable risk of harm to customers in an area designated for customer use and heavy customer traffic.

9. Defendant Walmart knew, or by using ordinary care could have known, that the floor was dangerous and defective in that the water on the floor of the self-checkout area near the front of Defendant Walmart created a hazard, and was negligent in one or more of the following respects:

Electronically Filed - St. Francois - July 31, 2026 - 04:01 PM

a. Defendant Walmart failed to remove the defective and dangerous condition;

b. Defendant Walmart failed to warn of the defective and dangerous condition;

c. Defendant Walmart failed to barricade the area of the defective and dangerous condition;

d. Defendant Walmart failed to make the defective and dangerous condition reasonably safe; and

e. Defendant Walmart failed to remedy the defective and dangerous condition.

10. As a direct result of Defendant Walmart's negligence as set out more fully above, the floor of the premises located at 707 Walton Drive, Farmington, State of Missouri that Defendant Walmart owned, operated, controlled and/or maintained was not reasonably safe.

11. As a direct and proximate result of Defendant Walmart's carelessness and negligence as detailed above, Plaintiff Petko was seriously injured and damaged; Plaintiff Petko sustained injuries to her back, neck, right shoulder, right knee, right hip, and right leg; Plaintiff Petko required medical treatment and will require treatment in the future; Plaintiff Petko's ability to enjoy life has been and will be impaired, all to her detriment and damage.

12. As a direct and proximate result of Defendant Walmart's carelessness and negligence, Plaintiff Petko incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future.

Electronically Filed - St. Francois - July 31, 2026 - 04:01 PM

**WHEREFORE**, Plaintiff Destiny Petko respectfully prays for judgment against Wal-Mart Stores East I, LP d/b/a Walmart #0037 in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** in addition to costs incurred herein and for such other orders as this Court deems just under the circumstances.

**HOLLAND INJURY LAW, LLC**

***/s/ Alyson E. Martinez***
**WILLIAM KING HOLLAND #40399**
**wholland@whollandinjurylaw.com**
**ALYSON E. MARTINEZ #73688**
**amartinez@whollandinjurylaw.com**
**101 South Hanley Road, Suite 1025**
**Clayton, MO 63105**
**(314) 888-7888 – Office**
**(314) 833-3994 – Fax**
**Attorneys for Plaintiff**

# Summons in Civil Case

IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division: | **Case Number: 26SF-CC00175** | |
| Plaintiff/Petitioner:<br>DESTINY PETKO<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALYSON DUNAVANT<br>101 SOUTH HANLEY ROAD<br>SUITE 1025<br>CLAYTON, MO 63105 | |
| Defendant/Respondent:<br>WAL-MART STORES EAST I, LP D/B/A WAL-MART #0037 | Court Address:<br>1 NORTH WASHINGTON ST<br>FARMINGTON, MO 63640 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to:** **WAL-MART STORES EAST I, LP D/B/A WAL-MART #0037**
**Alias:**
**C/O CT CORPORATION SYSTEM**
**5661 TELEGRAPH ROAD, STE. 4B**
**ST. LOUIS, MO 63129**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. FRANCOIS COUNTY***

03-AUG-2026
Date

/s/Kristina Bone by: Jennifer Webb
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)
in ______________________________ (County/City of St. Louis), MO, on ____________________ (date)
at ______________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ____________________ ______________________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

RETURN
SB - 9-2
26- 44995

Electronically Filed - ST. FRANCOIS - August 13, 2026 - 08:19 AM

# Summons in Civil Case

IN THE 24TH JUDICIAL CIRCUIT, ST. FRANCOIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division: | **Case Number: 26SF-CC00175** | |
| Plaintiff/Petitioner:<br>DESTINY PETKO<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALYSON DUNAVANT<br>101 SOUTH HANLEY ROAD<br>SUITE 1025<br>CLAYTON, MO 63105 | |
| Defendant/Respondent:<br>WAL-MART STORES EAST I, LP<br>D/B/A WAL-MART #0037 | Court Address:<br>1 NORTH WASHINGTON ST<br>FARMINGTON, MO 63640 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to:** **WAL-MART STORES EAST I, LP D/B/A WAL-MART #0037**
**Alias:**
**C/O CT CORPORATION SYSTEM**
**5661 TELEGRAPH ROAD, STE. 4B**
**ST. LOUIS, MO 63129**

30
CTCOR
SW.

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. FRANCOIS COUNTY***

| 03-AUG-2026 | /s/Kristina Bone by: Jennifer Webb |
|---|---|
| Date | Clerk |

**Further Information:**

RECEIVED
2026 AUG -6 AM 10:22
ST. LOUIS COUNTY SHERIFF'S OFFICE

8 8/7


Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - ST. FRANCOIS - August 13, 2026 - 08:19 AM

**Case Number: 26SF-CC00175**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:

Dan (name) INTAKE SPECIALIST (title).

☒ other: CT CORPORATION

Served at 5661 Telegraph Rd Ste 4B 63129 (address)

in St. Louis (County/City of St. Louis), MO, on 8/11/26 (date)

at 855 (time).

Kevin Behr — Printed Name of Officer or Server

[signature] — Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE TWENTY-FOURTH JUDICIAL CIRCUIT OF MISSOURI

ORDER ASSIGNING JUDGE

IN THE MATTER OF:

PETKO
VS
WALMART STORES EAST, LP

Case Number 26SF-CC00175

NOW ON THIS 4th day of August , 20 26 ,

the undersigned, as Presiding Judge of the Twenty-fourth Judicial Circuit, pursuant to the powers granted by statute and local court rules, does assign the above-styled cause to the Honorable Brice Sechrest

IT IS FURTHER ORDERED that the judge assigned hereby shall have all Powers and responsibilities for this cause as assigned by operation of law and the same shall continue until final disposition of the above-styled matter. The clerk is ordered to notify said Judge and counsel of this appointment.

BRICE SECHREST
PRESIDING JUDGE
24TH JUDICIAL CIRCUIT