UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DESTINY PETKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26 CV 1412 CDP |
| | ) | |
| WAL-MART STORES EAST I, LP, | ) | |
| d/b/a Walmart #0037, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This newly removed case is before me for review of subject-matter jurisdiction.

Plaintiff Destiny Petko filed this personal injury action in Missouri state court, alleging that she sustained injuries after she slipped and fell at a Walmart store because of water on the floor near the checkout area. Defendant Wal-Mart Stores East I, LP, removed the action to this Court on September 3, 2026, invoking diversity jurisdiction under 28 U.S.C. § 1332.

I have reviewed Petko's state-court petition and Wal-Mart Store's notice of removal and find that neither adequately states the citizenship of the defendant in this case. As Wal-Mart Stores is the removing party and bears the burden of establishing federal subject-matter jurisdiction, *Baker v. Martin Marietta Materials, Inc.*, 745 F.3d 919, 923 (8th Cir. 2014), I will order it to file an amended

notice of removal to properly allege this Court's subject-matter jurisdiction.

Wal-Mart Stores is a limited partnership. For purposes of diversity, the citizenship of a limited partnership is the citizenship of each of its partners, both general and limited. *Buckley v. Control Data Corp.*, 923 F.2d 96, 97 (8th Cir. 1991). In its notice of removal, however, Wal-Mart Stores identifies itself only as "a foreign corporation incorporated and existing under the laws of the State of Delaware with its principal place of business in the State of Arkansas." Petko's petition identifies Wal-Mart Stores only as a foreign limited partnership in good standing. Neither the notice of removal nor the state-court petition identify Wal-Mart Stores' partners or the partners' citizenship.

Because there is no sufficient statement of citizenship with respect to defendant Wal-Mart Stores in this case, I am unable to determine if this Court has subject-matter jurisdiction. Accordingly, I will give Wal-Mart Stores seven (7) days to amend its notice of removal to properly allege this Court's subject-matter jurisdiction. Failure to timely comply with this Order may result in this action being remanded to state court for lack of subject-matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that **<u>within seven (7) days of the date of this Order</u>**, defendant Wal-Mart Stores East I, LP, shall file an amended notice of removal properly alleging this Court's subject-matter jurisdiction. Failure to

timely comply with this Order may result in this action being remanded to state court for lack of federal subject-matter jurisdiction.

Catherine D Perry

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of September, 2026.